**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ELVIS RAMON GREEN BERRIOS | CIVIL NO.: 22 CV 01002 (JAG) |
|---|---|
| Plaintiff | CIVIL JURY DEMANDED |
| vs | |
| SIG SAUER, INC. | |
| Defendants | |

## JOINT RULE 26(f) REPORT

**TO THE HONORABLE COURT:**

    **NOW COME** Plaintiff Elvis Ramón Green-Berríos and Defendant Sig Sauer, Inc., through their respective undersigned attorneys, and respectfully **State and Pray**:

    **A. Automatic Disclosures:**

**Plaintiff: Elvis Ramon Green-Berrios**

Parties agreed that Plaintiff will tender his Rule 26 disclosures no later than **June 9, 2022**.

**Defendant: Sig Sauer, Inc.**

Parties agreed that Defendant will tender its Rule 26 disclosures no later than **June 9, 2022**.

    **B. Discovery Scope and Schedule:**

    The attorneys of record met on via Video Conference through the Zoom videoconference in order to agree on the discovery scope and deadline. The undersigned have agreed on the following discovery plan, and respectfully submit same to the Court for its consideration and approval.

(1) <u>Notice of Written Discovery Requests</u>

The parties will notify their respective written discovery requests by no later than **June 20, 2022**.

(2) <u>Notice of use of expert witnesses</u>

The parties have agreed on the following timeline regarding the use of expert witnesses:

- (i) Plaintiffs will notify name, area of expertise and of expert testimony, and Curriculum Vitae of all expert witnesses that they intend to use, by no later than **November 17, 2022**.

- (ii) Plaintiffs will notify all expert reports by no later than **November 17, 2022**.

- (iii) Defendants will notify the name, area of expertise and of expert testimony, and Curriculum Vitae of all expert witnesses that they intend to use, by no later than **December 11, 2022**.

- (iv) Defendants will notify all expert reports by no later than **December 11, 2022**.

(3) <u>Depositions</u>

The parties have scheduled the following dates for the taking of depositions.

- (i) **April 24, 2023,** for completion of depositions of parties and fact witnesses.

- (ii) **February 24, 2023** for Plaintiff's expert depositions

- (iii) **March 24, 2023** for Defendant's expert depositions.

(4) <u>Discovery Deadline</u>

    (a)   The parties respectfully request that the discovery deadline be set for **April 24, 2023.**

(5) <u>Request for Extension of Discovery Deadline</u>

    (a)   The parties request that the Court be open to extensions for completion of discovery, should the need arise and be properly justified.

**C. Electronic Information:**

**Plaintiff:**

Plaintiff expects that Defendant may seek documents which are stored electronically by Plaintiff. Plaintiff will produce such documents in PDF.

**Defendants: Sig Sauer, Inc.**

Defendant expects that Plaintiff will seek documents which are stored electronically by Defendant. Defendant will produce such documents in PDF format with individual Bates-stamps affixed to each page. In some instances, Defendant may produce a document in native format (*i.e.*, Excel spreadsheet). Defendant is confident it will be able to work with Plaintiff to resolve any issues regarding the format of information produced in discovery.

**D. Privilege Issues**

**Plaintiffs:**

For the time being, we do not see any privilege issues. Should any arise, privilege will be invoked opportunely. Plaintiff does not waive its right to invoke any privilege protections that may arise in the future.

**Defendants: Sig Sauer, Inc.**

For the time being, we do not see any privilege issues. Should any arise, privilege will be invoked opportunely. Defendant does not waive its right to invoke any privilege protections that may arise in the future.

### E.  Discovery Limits:

**Plaintiffs:**

Plaintiff proposes that all request for admissions and requests for production of documents be limited to no more than thirty (30) requests for each, including all discrete sub-parts. Plaintiff further proposes that any request for documents included in the First Set of Interrogatories count towards the maximum amount of thirty (30) requests, set forth above.

Plaintiff does not waive its right to seek and obtain any protective orders that may become necessary during the course of the litigation.

**Defendants: Sig Sauer, Inc.**

Defendant proposes that all request for admissions and requests for production of documents be limited to no more than thirty (30) requests for each, including all discrete sub-parts. Defendant further proposes that any request for documents included in the First Set of Interrogatories count towards the maximum amount of thirty (30) requests, set forth above.

Defendant does not waive its right to seek and obtain any protective orders that may become necessary during the course of the litigation.

**F. Other Orders:**

Defendant expects that Plaintiff may seek the production of documents that contain sensitive and proprietary information that requires special treatment. As a result, Defendant intends to seek a protective order governing the treatment of such confidential documents. Defendant will work with Plaintiff to draft and file an appropriate protective order.

<u>Other Limits:</u>

a. A date if the parties ask to meet with the court before a scheduling order.

The parties will not be requesting any such meetings with the court.

b. Requested dates for pretrial conferences.

The parties suggest the following dates for the Pretrial Conference:

No pretrial conference needed at this time unless the Court desires to conduct one.

c. Final dates for the plaintiff to amend pleadings or to join parties.

The parties suggest that the cutoff date for plaintiff to amend the pleadings or join parties be **August 15, 2022.**

d. Final dates for the defendant to amend pleadings or to join parties.

The parties suggest that the cutoff date for defendants to amend the pleadings or join parties be thirty (30) days after notice of answer to interrogatories and request for production of documents.

e. Final dates to file dispositive motions.

The parties submit that the deadline for dispositive motions be set for **May 26, 2023.**

The parties further submit that the deadline to submit any Opposition Motion, be set for **30 days after the filing of the dispositive motion**.

The parties further submit that the deadline to submit any Reply Motion, be set for **15 days after the filing of any opposition motion**.

f. State the prospects for settlement.

The parties have not been able to engage in meaningful settlement talks, as the case is still in its infancy stage. The parties will revisit settlement possibilities at the end of the discovery phase.

g. Identify any alternative dispute resolution procedure that may enhance settlement prospects.

Same as section f.

h. Suggested trial date and estimate of trial length.

The parties suggest that trial date be set once the Pretrial Conference has been completed.

i. Consent to Magistrate:

**Plaintiffs:**

Plaintiff hereby withhold consent to referral of the case to Magistrate.

**Defendants:  Sig Sauer, Inc.**

Defendant hereby withholds consent to referral of the case to Magistrate.

j. Other matters.

**Plaintiffs:**

The plaintiff proposes no additional requests for orders at this time.

**Defendants: Sig Sauer, Inc.**

The defendants propose no additional requests for orders at this time.

**WHEREFORE**, the undersigned counsels request that the Court accept this Rule 26(f) Joint Meeting Report.

**IT IS HEREBY CERTIFIED**: that we have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

In Guaynabo, Puerto Rico, this 6th day of June 2022.

| | |
|---|---|
| **Littleton Park Joyce Ughetta & Kelly, LLP**<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577<br><br>Tel. 914-417-3400<br>Fax 914-417-3401<br>Keith.gibson@littletonpark.com<br><br>**s/Brian Keith Gibson**<br>USDC Bar No.: BG8063<br><br>**Hamilton, Miller & Birthisel, LLC**<br>Edificio Triple S Plaza<br>1510 Ave FD Roosevelt, Suite 9B1<br>Guaynabo, PR 00968<br><br>PO Box 190095<br>San Juan, PR 00919-0095<br>Tel 787.753.1565<br>Fax 787.763.1704<br><br>**s/Miguel A. Rangel Rosas**<br>TSPR Núm.: 13591<br>mrangel@mhlex.com<br><br>**s/ Luis F. Juarbe Jiménez**<br>USDC-PR 212714<br>lfjuarbe@mhlex.com | **DIAZ-IZURIETA LAWFIRM**<br>P.O. BOX 423<br>Trujillo Alto, PR 00977<br>Tel. 787-755-3440<br>Fax. 787-755-0670<br>Diaz_tejera_lawfirm@yahoo.com<br><br>S/ JOSE VLADIMIR DIAZ-TEJERA<br>USDC Bar No.: 208604<br><br>S/ RICARDO IZURIETA-ORTEGA<br>USDC Bar No.: 124205<br>Urb. Crown Hills Ave. Winston Churchill PMB 914 San Juan, P.R. 00926<br>Tel. 787-531-9419<br>Izurieta.ricardo@gmail.com |