# Exhibit 1

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION - VOLUME 1*

*NOVEMBER 2, 2022*

_____

1     Q.   What does Three Kings Day signify or what
2     are you celebrating?
3     A.   It's giving gifts to the children.  It's
4     delivering gifts to children or adult people.
5     Q.   Do you recall what day of the week
6     January 6, 2021 was?
7     A.   No.
8     Q.   Do you recall whether it was a weekday or
9     weekend?
10    A.   No.  I don't remember.
11    Q.   Do you recall approximately what time
12    your accident occurred?
13    A.   Like at 9:00 at night, approximately.
14    Q.   Did you work that day?
15    A.   No.
16    Q.   What did you do that day?
17    A.   Well, I was at my house practically
18    during the entire day.  In the afternoon, there
19    was a family activity and I attended that
20    activity at around 4:30 when my brother came to
21    pick me up.
22    Q.   When you say "activity," what do you
23    mean?  Was it like a barbeque, a party, or
24    something else?
25    A.   Yes.  Food, get together.

1      Q.   Approximately, how many people were at
2   this get together?
3      A.   Ten to twelve people.
4      Q.   And you went to this get together around
5   4:30 in the afternoon?
6      A.   Yes.
7      Q.   And how long were you there?
8      A.   Like until 8:30, 8:45 in the evening.  I
9   had to work the following day.
10     Q.   How far away was this get together from
11  your house, approximately?
12     A.   Like 30 to 35 minutes.
13     Q.   And what did you do while you were at the
14  get together, eat, drink, converse?
15     A.   Yes.
16     Q.   Did you drink any alcohol?
17     A.   Yes.  Several beers.  Beer.
18     Q.   How many beers approximately?
19     A.   I don't remember the amount.
20     Q.   More than five?
21     A.   I don't think I drank too much because I
22  had to wake up early in the morning.  The party
23  got extended even more and I left.
24     Q.   And your brother drove you home?
25     A.   Yes.

1        He was already sleeping.  He's elderly, so he
2    goes to sleep early.
3        Q.   So you walk from your door down to the
4    gate to close the gate.  Were you able to do
5    that before the accident happened?
6        A.   Yes.  I closed the gate.  Yes.
7        Q.   And then you were walking back towards
8    your house?
9        A.   Yes.
10       Q.   As you were walking from your house to
11   the gate, did you remove the pistol from the
12   holster at any time?
13       A.   No.
14       Q.   When you were at your gate and walking
15   back towards your house, did you remove the
16   pistol from the holster at any time?
17       A.   The gun from the holster, no.
18       Q.   So as you're walking from your house down
19   to your gate and back again, the pistol is
20   inside the holster inside the waistband of your
21   shorts, correct?
22       A.   Yes.  In my waistband, yes.  In the
23   shorts.
24       Q.   And the shirt you were wearing, was it
25   tucked in or was it out and over the pistol?

1   A.   That I remember, it was out.  I don't
2   usually tuck it in.
3   Q.   So tell me how the accident occurred.
4   A.   So, how I explained it to you.  I go up
5   from closing the gate with the dog.  I'm about
6   to go in and when I'm about to go over the step
7   of the door, the balcony, I'm going to take out
8   the gun, the pistol with the holster to go in,
9   and it fired and impacted my thigh, my right
10  thigh.
11       MR. GIBSON:  Do you mark these?
12       COURT REPORTER:  Yes.
13       MR. GIBSON:  This is going to be
14   Exhibit 1.
15       COURT REPORTER:  I'm going to keep
16   these.
17       MR. GIBSON:  Yes.  Well, we'll give
18   them to him and then he'll give them back
19   to you.
20       MR. RANGEL:  The entire block will be
21   Exhibit 1.  These will go A, B, C, D,
22   whatever, just to be able to identify
23   each --
24       MR. GIBSON:  Oh, but they're already
25   labeled.

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION - VOLUME II*

*NOVEMBER 3, 2022*

_____

```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO


ELVIS RAMÓN GREEN BERRÍOS,    *
                              *
         Plaintiff,           * Civil Action No.:
                              * 3:22-CV-01002-JAG
              v.              *
                              *
SIG SAUER, INC.,              *
                              *
         Defendant.           * VOLUME II
------------------------------
```

The continuation of the deposition of:


                ELVIS RAMÓN GREEN BERRÍOS,


 taken on Thursday, November 3, 2022, at the offices of

 Marichal, Hernández, Santiago & Juarbe, located at

 1510 F.D. Roosevelt Avenue, Suite 981, San Juan, Puerto

 Rico  00968, starting at 10:20 a.m.

1      A.     Yes.

2      Q.     Is there a date on that document?

3      A.     Yes.

4      Q.     What's the date?

5      A.     March 14, 2022.

6      Q.     So that's over a year after your
7      accident, correct?

8      A.     Yes.

9      Q.     And was that the first time you received
10     the pistol back after the accident?

11     A.     Yes.

12     Q.     So yesterday when you said you thought it
13     was six months, it was actually over a year
14     before you received your pistol back, correct?

15     A.     Yes.  That is correct.

16     Maybe I confused -- I got confused about the
17     date by a little bit, but more than six months
18     is what I said yesterday.

19     Q.     And that document doesn't mention
20     anything about a holster, correct?

21     A.     Correct.

22     Q.     And is it your testimony that when your
23     gun was returned in March of 2022 that is when
24     you handed over the holster that you were using
25     at the time of the accident to the Police

1       Department?

2          A.   That same day.  At this same date.  That

3       is the exact date.  Yesterday I didn't remember

4       it due to lots of confusion because of the

5       papers, but this is the date.

6          Q.   And did you receive any receipt related

7       to the holster when you turned that in?

8          A.   No.

9          Q.   And you haven't seen the holster since

10      March 14, 2022.  Is that correct?

11         A.   Yes.

12         Q.   Now, when you first saw the holster after

13      the accident, did it have blood on it?

14         A.   Yes.  Yes.

15         Q.   Where was the blood?

16         A.   Outside.  It didn't have

17      blood -- outside.  I didn't notice whether there

18      was some inside, but outside I could see it.

19         Q.   And did you clean it?

20         A.   No.

21         Q.   So when you turned the holster into the

22      Police Department it still had dried blood on

23      it?

24         A.   Yes.

25         Q.   You can hand that document to her.