# Exhibit 2

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION*

*Of*

*SERGEANT HUMBERTO SULLIVAN ROSADO*

*APRIL 19, 2023*

_____

1   Q.   When you arrived on the scene, was
2   anybody else already there from the Police
3   Department?
4   A.   No.
5   Q.   Did you arrive on scene with somebody
6   else?
7   A.   That's what I said.  But I don't remember
8   who was with me that day.  I don't remember if
9   it was Sergeant René or it was
10  something -- someone else.  But I know Ramiro
11  Rivera was not my partner that night.  But I
12  don't remember who was my partner that night
13  exactly.
14  Q.   Okay.  Okay.
15  When you finally got to the scene, what did
16  you do when you first arrived?
17  A.   Well, I remember when I got there I just
18  went straight to him.  He was in the floor and
19  there was his father.  First, I didn't know if
20  it was his father, but there was no other person
21  with him.  He was laying on the floor near the
22  house.
23  Q.   And was his father outside when you first
24  got there or did he come out later?
25  A.   No.

1          He was outside.
2          Q.   Do you recall -- well, let me show you a
3     picture, I'm trying to share my screen.
4          Sir, can you see a picture of a house up on
5     the screen?
6          A.   That's the house.
7          Q.   Do you see the blood on the driveway kind
8     of in this area, and there are a few bandages,
9     it looks like, right around here?
10         A.   Exactly.
11         Q.   Is that approximately where plaintiff was
12    when you first got there or was he somewhere
13    else?
14         A.   No.
15         It was more near the blocks, the red blocks
16    you see right there.  Almost that area.
17         Q.   Okay.  So he was a little further to the
18    right in this photo, a little further towards
19    the porch?
20         A.   Exa--
21         Q.   Where the bloodstain is.  Is that right?
22         A.   Yes.  To my right, when I see the picture
23    right now.
24         Q.   You said you went straight to Mr. Green
25    when you got there, right?

1      A.   Exactly.

2      Q.   Did you ask him what happened?

3      A.   Yes.  I asked him what -- first, I said

4   if he was okay.  And he was -- I saw he was

5   bleeding on his right leg, so I tried to make

6   something with -- I don't remember if it was a

7   shirt or something, I just make a tie to stop

8   the bleeding from his right leg.

9      Q.   So you put a tourniquet on?

10     A.   Exactly.  I tried to do something to stop

11  the blood.

12     Q.   Was Mr. Green conscious when you got

13  there?

14     A.   No.

15     He was -- I spoke to him.

16     Q.   What did you speak to him about?

17          MR. RANGEL:  Hold on a second.

18          The question was if he was conscious.

19          (Whereupon, the deponent is explained

20          the question in Spanish.)

21          THE DEPONENT:  He was conscious.  Yes.

22     He was conscious.

23  BY MR. WOY:

24     Q.   You said you were able to speak to him.

25  What did you speak to Mr. Green about when you

```
 1          first got there?
 2              A.   I asked him, "What happened?  '¿Qué
 3          pasó?'"  And he said...
 4              (Through Interpreter) "A shot.  A shot."  That
 5          he had shot himself.
 6                  MR. DANSOH:  No, no.  That's not what
 7              I heard.
 8                  THE DEPONENT:  That he had shot
 9              himself.
10                  MR. RANGEL:  In Spanish that's what he
11              said.
12                  THE DEPONENT:  Uh-huh.  In Spanish is
13              "se había dado un tiro."  That's how you
14              say it in Spanish.
15          BY MR. WOY:
16              Q.   I'm sorry, sir.  Could you just repeat
17          for me just so I'm clear what he said when you
18          got there and asked him what happened?
19              A.   (Through Interpreter) That he had shot
20          himself.
21              Q.   Did he say anything about how he shot
22          himself?
23              A.   No.  Exactly how he did it, no.  Really
24          no.  He didn't talk about that.
25              Q.   Did he suggest to you in any way that his
```