# Exhibit 3

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION*
*of*
*OFFICER RAMIRO RIVERA FUENTES*

*FEBRUARY 1, 2023*

_____

1        someone had caused that injury.  So I
2        proceeded to ask him what happened, if
3        somebody shot him, if he was able to see
4        who it was.  And he indicated or mentioned
5        to me, and these are textual words, "I shot
6        myself unintentionally."  I again
7        emphasized or asked him, and he repeats
8        again, "I shot myself unintentionally."
9    BY MR. WOY:
10       Q.   When you say those are his textual words,
11   do you mean those are his exact words?
12       A.   Yes.
13       Q.   Did he say anything about whether he
14   pulled the trigger or not?
15       A.   Not specifically.
16       Q.   Did he say anything about his pistol
17   being holstered at the time of the discharge?
18       A.   No.
19       As a matter of fact, when we arrived there,
20   there was no pistol, there was no holster, just
21   a casing on the floor.
22       Q.   Did Mr. Green say anything else to you
23   about how the discharge occurred?
24       A.   What he said was that he was located
25   inside of the residence, he heard a noise and he

1     went outside of the house to investigate and
2     that's when he shot himself unintentionally.  So
3     he went out to verify that noise, he had his arm
4     and that's why that --
5          MR. RANGEL:  He had his pistol.
6          THE INTERPRETER:  "He had his pistol
7        and that's when the detonation or shooting
8        occurred, or discharge."
9     BY MR. WOY:
10       Q.   Did he say whether he was holding the
11    pistol at the time the discharge occurred?
12       A.   Correct.
13       He had it in his hand.
14       Q.   Did he tell you which hand he had it in
15    when the discharge occurred?
16       A.   No.  I never asked that question.
17       Q.   Did he tell you anything about what the
18    loud noise sounded like that he heard?
19       A.   No.
20       Q.   Did he mention anything about shutting
21    the gate and that's why he went outside or
22    anything else?
23          THE INTERPRETER:  Shutting as in
24        closing?
25          MR. WOY:  Um-hum.

1       BY MR. WOY:
2          Q.   Did he tell you what he thinks happened
3       during the incident when he called you at the
4       police station?
5          A.   He told me that the firearm shot itself,
6       the day that he called the police station.
7          Q.   Did he mention anything about a holster
8       when he called you?
9          A.   No.
10         Q.   So he didn't say anything about his
11      father having claimed to have found the holster
12      in the bushes the day after the incident
13      occurred and the police had already searched the
14      scene?
15         A.   No.  They didn't tell me anything.
16         Q.   Are you aware that plaintiff and his
17      father claim that his father found the holster
18      in the bushes the next day after the incident?
19         A.   I was not aware of that.
20         Q.   Do you think that if there was a holster
21      in the bushes near where Mr. Green was when you
22      arrived that you or the other officers would
23      have found that holster while the scene was
24      searched for physical evidence?
25         A.   You know, it was evening, it was dark,

1  and we did a search in the area.  What was found
2  was that casing.  If a holster had been
3  mentioned, we would have gone around the bushes
4  area.  And we searched around the area, we
5  searched also around the green areas.  We never
6  were able to observe that holster.
7      Q.   I'm going to flip through these photos
8  and show you a specific one.  So I'm going to
9  show you what's been marked Exhibit 3, page
10 1.17.  Does that photo show where Mr. Green was
11 located when you arrived?
12     A.   So he had dragged himself from the point
13 where most of the blood was located and he
14 had -- he was closer to this area --
15          THE INTERPRETER:  He's circling right
16     in front of where the balcony is, or the
17     front balcony there.
18          "That's where the paramedics picked
19     him up."
20 BY MR. WOY:
21     Q.   And just for the record, sir, you're
22 pointing to in this photograph, page 1.17,
23 there's kind of a light area on the asphalt on
24 the bottom third of the page kind of in the
25 middle.  Is that right?