# Exhibit 4

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION*

*Of*

*IRIS MARIE RIVERA ROSADO*

*APRIL 19, 2023*

_____

1           MR. WOY:  No.  I'm sorry.

2           MR. RANGEL:  Mr. Izurieta is saying

3      that he's willing to stipulate that it's

4      22:58.

5           MR. WOY:  Okay.  All right.  Yes.

6           That's how I read it, so that works

7      for me.  Thank you.

8    BY MR. WOY:

9      Q.  All right, ma'am.  Let's go back to when

10     you arrived at the scene.  What did you see when

11     you first arrived?

12     A.  I saw him on the ground basically on the

13     porch in his house.  And if I recall correctly,

14     his dad was with him assisting him.  Obviously,

15     the police was already there.  And he was

16     touching the area where he was wounded.

17     Q.  Did you go straight to Mr. Green when you

18     got to the scene?

19     A.  Yes.

20     Q.  Before you got to Mr. Green, did you talk

21     to anybody about how the incident occurred?

22     A.  No.

23     I asked him.

24     Q.  And what did Mr. Green say to you about

25     how the incident occurred?

```
 1        A.   He told me, "I am a police officer and I
 2   accidentally shot myself with my pistol."
 3        Q.   Did he say anything to you about how he
 4   accidentally shot himself?
 5        A.   No.
 6        Q.   Did he say anything to you at any point
 7   in time about whether or not he pulled the
 8   trigger?
 9        A.   No.
10        Q.   Did he say anything to you at any point
11   in time about whether his pistol was holstered
12   or not when the discharge occurred?
13        A.   No.
14        Q.   Did he say anything to you about where
15   his pistol was located when the discharge
16   occurred?
17        A.   No.
18        Q.   Do you know or have any information
19   whatsoever about whether he was holding the
20   pistol when it discharged or whether it was in
21   his pocket or somewhere else?
22        A.   I didn't see it.  I didn't see the pistol
23   at the scene
24        Q.   Did you see a holster anywhere at the
25   scene?
```