# Exhibit 5

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION*
*of*
*OFFICER FRANCISCO J. ÁLVAREZ SANTIAGO*

*MARCH 23, 2023*

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ELVIS RAMÓN GREEN BERRÍOS,    *
                              *
        Plaintiff,            * Civil Action No.:
                              * 3:22-CV-01002-JAG
             v.               *
                              *
SIG SAUER, INC.,              *
                              *
        Defendant.            *
------------------------------
```

The deposition of:


OFFICER FRANCISCO J. ÁLVAREZ SANTIAGO,


taken on Wednesday, March 23, 2023, at the offices of

Marichal, Hernández, Santiago & Juarbe, located at

1510 F.D. Roosevelt Avenue, Suite 981, San Juan, Puerto

Rico  00968, starting at 10:26 a.m.

1   A.   Yes.
2   Q.   Looking at the first page, it looks like
3   the first four lines have some information about
4   Mr. Green, his date of birth and contact
5   information.  Is that right?
6   A.   Correct.
7   Q.   And then next there's a set of two lines
8   below that.  Do you see where it looks like a
9   sentence that is about a line and a half long?
10  A.   "Sí."
11  Q.   And it starts with...
12       THE INTERPRETER:  "Cerrar el portón."
13       THE DEPONENT:  Correct.
14  BY MR. WOY:
15  Q.   Could you read what that says?
16  A.   "Went to close the fence and put the
17  finger where it wasn't supposed to -- the gate."
18  Q.   Where did the information contained in
19  that sentence come from?
20  A.   From Mr. Green.
21  Q.   When did he convey that information to
22  you?
23  A.   The day of the events at the hospital.
24  Q.   When you wrote "put the finger where it
25  wasn't supposed to," what did you mean by that?

1        pistol being holstered when the discharge
2        occurred?
3            A.   No.
4            Q.   Did he say to you that he accidentally
5        pulled the trigger to cause the discharge?
6            A.   What he told me here, which was that he
7        put his finger where it wasn't supposed to be,
8        referring to his firearm.
9            Q.   Were those his exact words, he put his
10       finger where it wasn't supposed to be?
11           A.   Yes.
12           Q.   Did you take that to mean that he
13       accidentally pulled the trigger?
14           A.   Yes.
15           Q.   Did he ever tell you that he didn't pull
16       the trigger?
17           A.   No.
18           Q.   Did you conduct a formal interview of
19       Mr. Green at any point in time?
20           A.   No.
21           Q.   And you said that you spoke to him while
22       he was in the hospital, I think the day of the
23       accident.  Is that right?
24           A.   Correct.
25           Q.   Are you able to estimate for me what time