# Exhibit 6

*In the Matter Of:*

*ELVIS RAMÓN GREEN BERRÍOS*

*v*

*SIG SAUER, Inc.*

_____

*DEPOSITION*
*of*
*OFFICER GEOVAN ORTIZ DE JESÚS*

*MARCH 23, 2023*

_____

1          the supervisor of Glenda Vázquez?

2          A.   I don't recall very well if he was there

3          or not.

4          Q.   All right.  So we can put those documents

5          aside for a little while.  I just want to ask

6          you a few background questions first before we

7          move on.

8          How long have you been with the Puerto Rico

9          Police Department?

10         A.   On April 1st, I will be there 13 years.

11         Q.   Have you always been with the FIU?

12         A.   Since August 2014.  Since day 1 I started

13         on that division.

14         Q.   And the FIU stands for Force

15         Investigation Unit.  Is that right?

16         A.   Yes.  Correct.

17         Q.   What's the role of the FIU?

18         A.   Investigate all critical discharges,

19         whether it be negligent or accidental, in

20         self-defense, apparent criminal conduct, any

21         superior impact that has to do from the

22         shoulders on up, and wrongful use of the

23         electrical control device.

24         Do you want me to detail everything or no?

25         Q.   No.  That enough.  I appreciate that.

1       working that scene is to do a search of the area

2       to gather information or gather evidence.  And

3       at the moment of gathering that information,

4       there was no holster found.  At least, also, in

5       any of the pictures that were taken by officer

6       Glenda Vázquez, I did not see any holster.

7               MR. RANGEL:  Let's go off the record a

8           second.

9               (Whereupon, a brief recess

10              transpires.)

11              THE COURT REPORTER:  On the record.

12      BY MR. WOY:

13          Q.   Where we left off, I believe you were

14      saying that there were no photos of a holster in

15      any of the photos that Vázquez took.

16          A.   Correct.

17          Q.   And did officer Green ever provide a

18      holster to you or to anyone at the Puerto Rico

19      Police Department that you're aware of?

20          A.   No.

21          Q.   When did Mr. Green first mention to you

22      that he claims that he had a holster on him when

23      the discharge occurred?

24          A.   March 4, 2021.

25          Q.   That's almost two months after the

45

```
 1        discharge occurred.  Is that right?

 2            A.   Correct.

 3            Q.   Was March 4, 2021 the first time that you

 4        were able to speak to Mr. Green about this

 5        incident?

 6            A.   Yes.

 7            Q.   Have you spoken to him about this

 8        incident since then?

 9            A.   No.

10            Q.   Did you record that interview with

11        Mr. Green?

12            A.   No.

13            Q.   Did you take notes during that interview?

14            A.   I did draft it and I do have it reflected

15        here.

16            Q.   And that's in Section 92 again?

17            A.   No.

18            In the official communication.

19            Q.   So that's Exhibit 2, A&B, right?

20            A.   Yes, 2B, number 4, second page.

21            Q.   In taking a quick look at Section 94 of

22        your report, I see there's also a description of

23        what Mr. Green did on the day of the accident.

24        Is that right?

25            A.   Yes.
```