# Exhibit 7

**[CERTIFIED TRANSLATION]**

[round logo: GOVERNMENT OF PUERTO RICO]

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF PUBLIC SAFETY
Puerto Rico Police Bureau

ALEXIS TORRES
SECRETARY

ANTONIO LÓPEZ FIGUEROA
COMMISSIONER

SARP-NIA-DIIUF-ASJ-1-300
September 13, 2022

United States District Court
    for the
District of Puerto Rico
Civil Action No. 22 CV 01002

Karilyn Díaz León, Esq.
Director
Office of Legal Affairs

Andrés Delucci Olivares, J.D.
Office of Legal Affairs
[illegible signature and number]
Lieutenant Carmelo Maldonado Berrios 6-22587
Director
Administrative Investigation Bureau
Office of the Assistant Superintendent for Professional Responsibility (SARP [Spanish acronym])

[hw: (illegible) (illegible signature) 8-33404]
Lieutenant Javier Santiago Feliciano 7-31815
Director
Force Investigation Unit

**RE: Request for Documents**
**Subpoena to Produce Documents**
**Related to Police Report 2021-13-010-000060**

With regard to the requested documents:

1. You are being provided a certified copy of the reports prepared by Officer Geovan Ortiz De Jesús 35203 [regarding] the events that took place on January 6, 2021, in relation to the police report number mentioned above, which are found in our files.

I hereby certify that this is a true and accurate translation to the best of my abilities.

*[signature]*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

[round logo: GOVERNMENT OF PUERTO RICO]

**GOVERNMENT OF PUERTO RICO**
**Puerto Rico Police Bureau**

[round logo: PUERTO RICO DEPARTMENT OF PUBLIC SAFETY]

PPR-113.1
Rev. 02/2019

**PRELIMINARY USE OF FORCE INCIDENT NOTICE**

| 1. Date: (mm/dd/yyyy): 01/06/2021 | 2. Time: 11:01 ☐ am ☒ pm | 3. Police report: 2021-13-010-00060 | 4. Precinct/department/division: Barranquitas District |
|---|---|---|---|

| 5. Place of incident: Helechal Ward, Highway 143, kilometer 58.2, in Barranquitas |
|---|

**6. TYPE OF INCIDENT**

| ☐ Critical discharges | ☒ Negligent discharges | ☐ Rank higher than sergeant | ☐ Head impact |
| ☐ Canine injured person | ☐ Apparent criminal conduct | ☐ Citizen complaint | ☐ Neck hold |
| ☐ Death in custody | ☐ Use of less lethal equipment/ammunition | | ☐ Reclassification of level of force |
| ☐ Incident reassigned by CFRB | ☐ Incident reassigned by Commissioner | | ☐ Incident reassigned by FRB |
| ☐ Incident reassigned by SARP | ☐ Other: | | |

**7. P.R. POLICE BUREAU (PRPB) MEMBER(S) INVOLVED IN INCIDENT**

| a. Rank/name: Officer Elvis R. Greem [sic] Berrios | Badge: 33640 | Precinct/department/division: Bayamón Motorized Unit | Was wounded: ☒ yes ☐ no |
| b. Rank/name: | Badge: | Precinct/department/division: | Was wounded: ☐ yes ☐ no |
| c. Rank/name: | Badge: | Precinct/department/division: | Was wounded: ☐ yes ☐ no |

**8. PERSONS INVOLVED OR WOUNDED IN INCIDENT**

| a. Name: N/A | Preferred name: | Age: |
| Address: | | Was wounded: ☐ yes ☐ no |
| b. Name: | Preferred name: | Age: |
| Address: | | Was wounded: ☐ yes ☐ no |

| **9. REFUSAL TO INVESTIGATE** | ☐ yes ☒ no | FIU investigator arrived on scene | ☒ yes ☐ no |

**10. REASONS FOR REFUSAL**

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

**11. MEDICAL SERVICES PROVIDED**

| a. Hospital institution and/or mental health center: Aibonito Mennonite Hospital | b. Physician: Dr. Pedro Antonio Pérez Santiago | License: 3237 |

**12. SUMMARY OF EVENTS**

On January 6, 2021, at 11:45 pm, Officer Armando González Rivera 30140, from the Aibonito Command Center, reported an incident of negligent discharge in the Municipality of Barranquitas. The preliminary investigation showed that, while Officer Greem [sic] was at home, he shot himself in the right thigh (with entry and exit wounds) with his service weapon, a Sig Sauer P-320 9 mm gun. He was transported to the hospital by paramedics Rivera 1567 and Reyes 1540 from the Barranquitas State Emergency Medical Services. I arrived [at the hospital], where Officer Greem [sic] was medicated and could not be interviewed. Therefore, the circumstances of the incident are unknown. The officer was transferred to the Medical Center Hospital in stable condition. Officer Brenda Vázquez Vázquez 19296 from the Technical Services Unit took photos of the scene. The residence was checked and there were no security cameras. Mr. Ramón Antonio Greem [sic] Ortiz, Officer Greem's [sic] father, who was in the residence at the time of the events, was interviewed.

| 13. Name and badge of PRPB supervisor: Sergeant Rene González Santiago | Badge: 8-16506 | Precinct/department/division: Barranquitas District |
| 14. Name of Criminal Investigation Corps (CIC) investigator: Officer Francisco Alvares Santiago | Badge: 34876 | Precinct/department/division: Aibonito Homicide [Division] |
| 14. Name of CIC investigator: [illegible signature] [hw: 35203] Officer Geovan Ortiz De Jesús | Badge: 35203 | Precinct/department/division: Humacao FIU |
| 16. Name/badge of FIU Division director: Second Lieutenant Javier Santiago Feliciano 7-31815 | Signature of FIU Division director: [signed: Javier Santiago Feliciano] | Date: 07-01-2021 |

☒ Supplement PPR-605.2

**Attachment** [hw: 1]
[illegible] [hw: 1 – 2]

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García* [signature]
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

| PPR-605.2 Rev. 07-2019 |  | **Puerto Rico Police Bureau** **SUPPLEMENTARY REPORT** | | |
|---|---|---|---|---|
| **1. Section No.** | **2. Official Form:** | PPR-113.1 | **Police Report:** | 2021-13-010-00060 |
| | **3. Provide information that needs to be completed:** | | | |
| 7 | The last name of the PRPB member involved in the incident and his father is hereby corrected. The last name is Green. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | [round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP] | |
| | | | | |
| | | | | |
| | | | | |
| | [signed: Officer Geovan Ortiz De Jesús] | | | |
| **4. Signature of PRPB member:** 35203 **Officer Geovan Ortiz De Jesús 35203** | | **5. Signature of supervisor:** [illegible signature and number] | **6. Date:** (mm/dd/yyyy) [hw: 04/29/2021] | |

Page 1 of 1

Attachment  [hw: 1]
[illegible]  [hw: 2 – 2]

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

[round logo: GOVERNMENT OF PUERTO RICO]

**GOVERNMENT OF PUERTO RICO**
**Puerto Rico Police Bureau**

[round logo: PUERTO RICO DEPARTMENT OF PUBLIC SAFETY]

**INVESTIGATION REPORT**

| PPR-113.2 Rev. 02/2019 | TYPE OF INCIDENT | POLICE REPORT: 2021-13-010-00060 |
|---|---|---|

| 1. Field investigation<br>☐ Gunshot wound victim   ☐ Shot fired<br>☐ Criminal Conduct          ☐ Suicide<br>☒ Other: Negligent Critical Discharge | 2. Apparent criminal conduct:  ☐ Yes   ☒ No<br>Referred by: ☐ Supervisor reviser      ☐ Department/precinct/division director<br>              ☐ Area commander         ☐ FRB |
|---|---|

| 3. Canine injured person:<br>☐ Yes   ☒ N/A | 4. Use of less lethal equipment/ammunition:<br>☐ Search and seizure   ☐ Search   ☐ Arrest   ☐ Detention<br>☐ Structure            ☐ Vehicle   ☐ Other: |
|---|---|

| 5. Date: (mm/dd/yyyy) 01/06/2021 | 6. Time: 11:01 ☐ a.m. ☒ p.m. | 7. Place of incident: Helechal Ward, Highway 143, kilometer 58.2 in Barranquitas |
|---|---|---|

| 8. Name of person injured: Officer Elvis R. Green Berrios 33640 | 9. Preferred name: Unknown |
|---|---|

| 10. Gender: M | 11. Nationality: American | 12. Date of birth: (mm/dd/yyyy) 7/12/1980 |
|---|---|---|

| 13. Height: 5'10" | 14. Weight: 186 | 15. Telephone: 939-254-0678 | 16. Person who informed FIU: Officer Armando González Rivera 30140 |
|---|---|---|---|

| 17. Supervisor in charge of scene: Sergeant Rene González Santiago 8-16506 | 18. PRPB member who used force: None | 19. Precinct/department/division: N/A |
|---|---|---|

| 20. Number of PRPB members who used force: None | 21. Arrival on scene: (mm/dd/yyyy) 01/06/2021 | 22. Time of arrival on scene: 11:20 ☐ a.m. ☒ p.m. |
|---|---|---|

**23. PERSONS WHO RESISTED**

| a. Name: N/A | Preferred name | Telephone |
|---|---|---|
| Address | | Email |
| a. Name | Preferred name | Telephone |
| Address | | Email |

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

**24. PERSONNEL IN CHARGE OF CRIMINAL INVESTIGATION**

| a. CIC investigator: Officer Francisco Alvares Santiago 34876 | b. Division: Homicide | c. Technical Services PRPB member: Officer Glenda Vázquez Vázquez 19296 | d. Police area: Aibonito |
|---|---|---|---|

**25. INSTITUTE OF FORENSIC SCIENCES (IFS)**

| Name of technician | Position | Work performed |
|---|---|---|
| a. N/A | ☐ Supervisor ☐ Technician | ☐ Scene  ☐ Photos/Videos  ☐ Diagram |
| b. | ☐ Supervisor ☐ Technician | ☐ Scene  ☐ Photos/Videos  ☐ Diagram |
| c. | ☐ Supervisor ☐ Technician | ☐ Scene  ☐ Photos/Videos  ☐ Diagram |

| 26. **Arrival on Scene** (mm/dd/yyyy): | 27. **Time of arrival on scene:** ☐ a.m. ☐ p.m. |
|---|---|

**28. STATE OR FEDERAL AGENCY OFFICIAL INVOLVED IN INVESTIGATION**

| Name of official | Agency | District attorney/solicitor | District Attorney's Office |
|---|---|---|---|
| a. None | | | |
| b. | | | |
| c. | | | |

☒ Supplement PPR-605.2

**Attachment** [hw: 2]
**Page** [hw: 1 – 6]

I hereby certify that this is a true and accurate translation to the best of my abilities.

Miriam García
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

**[CERTIFIED TRANSLATION]**

| PPR-113.2 Rev. 02/2019 | 41. WITNESSES IDENTIFIED IN INVESTIGATION | | | |
|---|---|---|---|---|
| | Name | Address | Telephone | Email |
| a. | None | | | |
| b. | | | | |

### 42. EVIDENCE

| | | | | | | |
|---|---|---|---|---|---|---|
| a. | Photos | ☒ Yes   ☐ No | specify: | amount: 44 | | |
| b. | Electronic equipment | ☐ Yes   ☒ No | specify: | | | |
| c. | Bullet casings | ☒ Yes   ☐ No | specify: | amount: 1 | caliber: 9 mm | |
| d. | Other | ☐ Yes   ☒ No | specify: | | | |

### 43. PERSONS WHO ENTERED AND LEFT THE SCENE

| | Name | Agency | Telephone |
|---|---|---|---|
| a. | None | | |
| b. | | | |

### 44. SEIZED WEAPONS

| | Brand | Model | Color | Caliber | Serial number |
|---|---|---|---|---|---|
| a. | Sig Sauer | P-320 | Black | 9 mm | 58H014298 |
| b. | | | | | |

### 45. MEANS OF TRANSPORT USED IN INCIDENT

| a. Signs of damage: | b. Make: N/A | c. Model: | d. Color: | e. License plate: |
|---|---|---|---|---|
| | f. VIN: | | g. Registered owner (name and address): | |
| | h. Description of damage: | | | |

| i. Signs of damage: | j. Make: | k. Model: | l. Color: | m. License plate: |
|---|---|---|---|---|
| | n. VIN: | | o. Registered owner (name and address): | |
| | 66. Description of damage: | [round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP] | | |

### 67. PERSON(S) WHO DIED AND/OR WERE INJURED IN THE INCIDENT

| a. Signs of injury | b. Name of person: ☐ Child  ☐ Adult  ☒ PRPB member  ☐ Injured  ☐ Deceased |
|---|---|
| | **Officer Elvis R. Green Berrios 33640** |
| | Gunshot wound in right thigh with entry and exit wounds |

| c. Signs of injury | d. Name of person: ☐ Child  ☐ Adult  ☐ PRPB member  ☐ Injured  ☐ Deceased |
|---|---|
| | |

Attachment  _[hw: 2]_

☒ Supplement PPR-605.2            Page _[hw: 2 – 6]_

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

**[CERTIFIED TRANSLATION]**

| Signs of injury | e. Name of person: ☐ Child  ☐ Adult  ☐ PRPB member  ☐ Injured  ☐ Deceased |
|---|---|
| | |

### 78. MEDICAL TREATMENT

| a. Hospital institution: | b. Physician name and license: | c. Diagnosis: |
|---|---|---|
| Arecibo Mennonite Hospital | Dr. Pedro Antonio Pérez Santiago, Lic. 3237 | Gunshot wound with entry and exit wounds |

### 79. APPARENT CRIMINAL CONDUCT

| | | | |
|---|---|---|---|
| a. | Sense that the person was under the influence of alcohol and/or drugs: | ☐ Yes | ☒ No |
| b. | Accessibility to or sense that the person has access to less lethal and lethal weapons: | ☐ Yes | ☒ No |
| c. | Prior knowledge of subject's mental history or history of aggressiveness: | ☐ Yes | ☒ No |
| d. | PRPB member sustained injury prior to using force: | ☐ Yes | ☒ No |
| e. | Subject sustained injury prior to using force: | ☐ Yes | ☒ No |

### 80. WHEN CANINE INJURES PERSON

| a. Handler: N/A | b. Name of canine: | c. Identification No.: |
|---|---|---|
| d. Name of supervisor: | e. Badge: | f. Assigned to: |

### 81. WHEN LESS LETHAL EQUIPMENT/AMMUNITION IS USED (SEARCH OR SEARCH AND SEIZURE)

| a. PRPB member in charge of investigation: N/A | b. Supervisor who evaluated, corroborated, and authorized request: |
|---|---|
| c. Name of prosecutor who authorized issuing form (*boleta*): | d. Name of judge who administered oath for warrant: |

### 82. PARTICIPANTS IN ARREST, DETENTION, SEARCH, AND/OR SEARCH AND SEIZURE

| | Name of participant | Badge | Mission |
|---|---|---|---|
| a. | N/A | | |
| b. | | | [round ink stamp: |
| c. | | | PUERTO RICO POLICE |
| d. | | | OFFICIAL STAMP] |
| e. | | | |
| f. | | | |
| g. | | | |

| 83. PRPB member who served/searched: N/A | e. Badge: N/A | f. Assigned to: N/A |
|---|---|---|

| 86. Method used to enter structure/vehicle | 87. **Damage:** (Specify) |
|---|---|
| N/A | N/A |

| 88. Date issued (mm/dd/yyyy): N/A | 89. Date executed (mm/dd/yyyy): N/A | 90. Execution of warrant: ☐ Positive outcome ☐ Negative outcome |
|---|---|---|

**Attachment** _[hw: 2]_
**Page** _[hw: 3 – 6]_

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

**[CERTIFIED TRANSLATION]**

### 91. FORMS ATTACHED TO THE INVESTIGATION

| ☐ PPR-615.2 | ☐ PPR-631.1 | [illegible] PPR-126 | ☐ PPR-128 | ☐ PPR-625.3 | ☐ PPR-138.2 |
|---|---|---|---|---|---|
| ☐ PPR-615.4 | ☐ PPR-391 | ☒ PPR-621.1 | ☐ PPR-615.7 | ☐ PPR-605.1 | ☐ PPR502.1 |
| ☐ PPR-623.1 | ☐ PPR-879 | ☐ PPR-605.1 | ☐ PPR-112.2 | ☐ PPR-502.1 | ☐ PPR-605.3 |
| ☐ PPR-615.8 | ☒ Other: Refer to Section IV. Attachments. | | | | |

### 92. DOCUMENTS ATTACHED TO THE INVESTIGATION

☐ Copy(ies) of complaint(s)       ☐ Copy of arrest/apprehension warrant

☐ Evidence of medical treatment    ☒ Copy of training certificate (if applicable)

☐ Work plan (Identification number _____ )

### 93. INTERVIEWS CONDUCTED

☐ Witness(es)                    ☒ PRPB member who witnessed incident

☒ Physician/healthcare professional   ☐ Supervisor who witnessed incident

### 94. FIU INVESTIGATOR
*Investigator's Statement*

On January 6, 2021, Officer Armando González Rivera 30140 from the Aibonito Command Center reported an incident of critical discharge in the Municipality of Barranquita[s].

Officer Elvis Green Berrios 33640 from the Bayamón Motorized Unit Division informed me that, on January 6, 2021, he was at home and called his brother, Mr. Brian Green Berrios, to go out to eat. He arrived at his home in the Municipality of Barranquitas at approximately 8:30 pm; he went in, took a bath, put on shorts, and placed his service weapon in his pocket with its inside[-the-waistband] holster. Officer Green left the house and went to close the yard gate for his safety, because it is a dark area and several years ago, his house had been broken into, so he took his service weapon with him. When he came back, he took the service weapon in its holster out of his pocket and that is when he heard the shot. He fell on the ground along with his service weapon and the holster. A few minutes later, he dragged himself toward the porch and started calling his father, Mr. Ramón Antonio Green Ortiz. When he saw his father, he fainted, and he does not remember anything else that happened that day. I hereby state that Officer Green mentioned to me that he did not pull the trigger of the service weapon and he does not know how it fired. We hereby state that Officer Green mentioned that he had the holster when the incident occurred and that his father found it the next day among the plants in the house; however, he did not inform me of this until the moment of the interview, so it was not photographed on the day of the scene [sic]. Officer Glenda Vázquez Vázquez 19296 from the Aibonito Technical Services Division was asked about this and she reported that she did not see any holster when she worked on the scene. [round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

Officer Green was transported to the Aibonito Mennonite Hospital by paramedics Rivera 1567 and Reyes 1540 from the Barranquitas State Emergency Medical Services.

During my investigation, Mr. Ramón Green Ortiz, Officer Green's father, was interviewed by Officer Francisco Alvares Santiago 34876 from the Aibonito Homicide Division. While he was being interviewed, I took notes of Mr. Green['s statement]. He reported that he was in his room when, suddenly, he heard something, as if someone was calling him. He left his room and went to look for his son in the bedroom, but he did not find him. When he opened the main door of the house, he saw his son lying on the ground in front of his house. He immediately called 911. Without knowing what had happened, he saw Officer Green's service weapon on the ground and, for safety reasons, grabbed it and placed it on the sofa in the house.

[signed: Officer Geovan (illegible) 35203]

| 95. Name and badge of FIU investigator: **Officer Geovan Ortiz De Jesús 35203** | 96. Signature of supervisor: [illegible signature and number] | 97. Date: (mm/dd/yyyy) [hw: 04/29/2021] |
|---|---|---|

☒ Supplement PPR-605.2

Attachment  [hw: 2]
Page [hw: 4 – 6]

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam Garcia*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

| PPR-605.2 Rev. 07-2019 | **Puerto Rico Police Bureau** **SUPPLEMENTARY REPORT** | | | |
|---|---|---|---|---|
| 1. Section No. | 2. Official Form: | PPR-113.2 | Police Report: | 2021-13-010-00060 |
| | 3. Provide information that needs to be completed: | | | |
| 94 | The service weapon was seized by Sergeant Rene González Santiago 8-16506 by means of [Form] PPR-618.2. The document could not be signed by Officer Green because of his health condition. | | | |
| | Officer Green mentioned that he did not pull the trigger of his service weapon, so I, as the investigator, requested that the weapon be inspected by the armorer of the Puerto Rico Police Bureau. The weapon was inspected by Officer José L. Sánchez, who performed the corresponding tests, and no evidence was found of any defect that would cause a malfunction of the weapon and it is in good condition. **See Attachments 10 and 11.** | | | |
| | [round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP] With regard to the photos, **see Attachment 7. Disc A-Photo DSC-2490**, photo of the main entrance of the house, showing the area of the gate and the house. **Photo DSC-2491**, photo of Officer Green's house. **Photo DSC-2495**, photo of the 9 mm bullet casing from Officer Green's service weapon. **Photo DSC-2497**, photo of the blood on the ground where Officer Green shot himself. **Photo DSC-2503**, photo of the projectile. **Photo DSC-2504**, photo of the area of the ground showing the trail Officer Green left with his blood after the gunshot wound. **Photo DSC-2506 and DSC-2507**, photo[s] showing a blood stain, the place to which Officer Green dragged himself to ask his father for help. **Photo DSC-2512**, photo of the spot where Officer Green's service weapon was placed. The weapon was placed there by his father, since it was on the ground by itself and, for safety reasons, he picked it up and moved it to the sofa. | | | |
| | [signed: Officer Geovan Ortiz De Jesús 35203] | | | |
| 4. Signature of PRPB member: **Officer Geovan Ortiz De Jesús 35203** | | 5. Signature of supervisor: [illegible signature and number] | | 6. Date: (mm/dd/yyyy) [hw: 04/29/2021] |

Page_1_of_2_

Attachment  [hw: 2]
[illegible]

I hereby certify that this is a true and accurate translation to the best of my abilities.
[signature] Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

| PPR-605.2 Rev. 07-2019 | Puerto Rico Police Bureau SUPPLEMENTARY REPORT | | |
|---|---|---|---|
| 1. Section No. | 2. Official Form: PPR-113.2 | Police Report: | 2021-13-010-00060 |
| | 3. Provide information that needs to be completed: | | |
| 94 | **Disc B- Photo DSC-2526**, photo of Officer Green on the hospital gurney. **Photo DSC-2528**, photo of the exit gunshot wound. **Photo DSC-2530**, photo of the entry gunshot wound. Officer Glenda Vázquez Vázquez 19296 from the Technical Services Unit took the photos. No security cameras were found at the scene.<br><br>With regard to the description of the diagram, it details the place where Officer Green, his house, the casing, and the blood stain were found. The firearm, however, was on the area of the sofa because it was removed from the scene by his father for safety reasons. **(Attachment 3)**<br><br>**See document SARP-NIA-DIIUF-2-039**<br><br>[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]<br><br>[signed: Officer Geovan Ortiz De Jesús 35203] | | |
| 4. Signature of PRPB member: **Officer Geovan Ortiz De Jesús 35203** | 5. Signature of supervisor: [illegible signature and number] | | 6. Date: (mm/dd/yyyy) [hw: 04/29/2021] |

Page_2_of_2_

Attachment  [hw: 2]
Page  [hw: 6 – 6]

I hereby certify that this is a true and accurate translation to the best of my abilities.
[signature] Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051