# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
ELVIS RAMÓN GREEN BERRÍOS,    *
                              *
         Plaintiff,           * Civil Action No.:
                              * 3:22-CV-01002-JAG
              v.              *
                              *
SIG SAUER, INC.,              *
                              *
         Defendant.           *
------------------------------
```

The deposition of:

OFFICER JOSÉ LUIS SÁNCHEZ DÍAZ,

taken on Friday, March 24, 2023, at the offices of

Marichal, Hernández, Santiago & Juarbe, located at

1510 F.D. Roosevelt Avenue, Suite 981, San Juan, Puerto

Rico  00968, starting at 1:53 p.m.

```
1     striker would activate ensuring that the striker
2     would be in its place.  In summary, that none of
3     the safety mechanisms, unless you would affect
4     pressure in the trigger, would be defective.
5        Q.   So you found that the only way to make
6     the P320 that was involved in Mr. Green's
7     accidental discharge fire was by pulling the
8     trigger.  Is that right?
9        A.   The only way of making the firearm to
10    discharge would be affecting pressure in the
11    trigger.
12       Q.   Is that what you believe caused
13    Mr. Green's discharge, he pulled the trigger
14    accidentally?
15       A.   The critical or accidental discharges, as
16    they're categorized in the Police Department of
17    Puerto Rico, 99.9 percent of those are based
18    on...
19           MR. RANGEL:  "Negligent handling of
20        the weapon."
21           THE INTERPRETER:  Correct.
22           Thank you.
23    BY MR. WOY:
24       Q.   So what do you think caused Mr. Green's
25    accidental discharge, based on the evidence that
```

1      you've seen and the testing you conducted?
2         A.   Well, based in my position as armorer of
3      the Police Department of Puerto Rico and in the
4      report issued, based on the inspection performed
5      to determine the conditions of the firearm, who
6      determines if there was negligence in the use
7      and management of the firearm is the
8      Administrative Investigation Division of the
9      Police Department of Puerto Rico.
10        Q.   Based on the information that you've
11     received and the evidence you've seen, do you
12     believe that there was a defect of any kind in
13     Mr. Green's P320 that caused his accidental
14     discharge?
15        A.   I believe not.
16        Q.   Have you inspected or tested any other
17     P320s that have been involved in accidental
18     discharges?
19        A.   Yes.
20        Q.   Approximately, how many?
21        A.   Approximately 23, 25.
22        Q.   And of those that you have inspected,
23     have you found any defects that could have
24     caused the pistol to accidentally discharge
25     without the trigger being pulled?