# Exhibit 23

[CERTIFIED TRANSLATION]

[round logo: GOVERNMENT OF PUERTO RICO]

**GOVERNMENT OF PUERTO RICO**
Department of Public Safety
Puerto Rico Police Bureau

Alexis Torres Ríos
Designated Secretary

Antonio López Figueroa
Designated Commissioner

**SAIC-NILIAF-DDARC-10-11**
**March 8, 2021**

**Officer Geovan Ortiz De Jesus 35203**
Investigator
Force Investigation Unit

[illegible signature]
**Sergeant Mario Reyes Mulero 8-11004**
Director
Service and Private Weapons Deposit Division

[illegible signature] [hw: 7370]
**Officer José L. Sánchez Diaz 7370**
Armorer, P.R. Police Bureau
Service and Private Weapons Deposit Division

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

## SERVICE WEAPON INSPECTION

This is in reference to document SARP-NIA-DIIUF-AH-2-023 dated March 9, 2021, signed by Officer Geovan Ortiz De Jesus 35203, investigator, Force Investigation Unit. Officer Ortiz De Jesús requested an inspection of the service weapon assigned to **Officer Elvis R. Green Berrios 33640**, a member of the Bayamón Area Motorized Unit, in connection with an incident of critical discharge, which occurred on January 6, 2021, according to Police Report No. 2021-13-010-000060.

## DESCRIPTION OF [WEAPON] ANALYZED

Type – Gun
Brand – Sig Sauer
Model – P320
Caliber - .9 mm
Serial No. – 58H014298
Property No. – 168831

---

✉ P.O. Box 70166 · San Juan, Puerto Rico 00936-8166   ☏ 787.793.1234   🖶 787.781.0080
Tips ☏ 787.343.2020   🖳 www.dsp.pr.gov

[round logo: PUERTO RICO DEPARTMENT OF PUBLIC SAFETY]

[logo: PUERTO RICO POLICE BUREAU PROTECTION INTEGRITY]

Attachment  [hw: 11]

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

| [round logo: | GOVERNMENT OF PUERTO RICO |
|---|---|
| GOVERNMENT OF | Department of Public Safety |
| PUERTO RICO] | Bureau of the Puerto Rico Firefighters Corps [sic] |

Page **2** of **2**

## SECURITY MECHANISMS

- Takedown Safety Lever
- Disconnector
- Striker Safety
- Secondary Striker Notch

## INSPECTION PERFORMED

- Internal mechanisms (slide assembly and receiver/grip assembly)
- External mechanism (operation/sets)

## TESTS PERFORMED

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

- Firing mechanism
- Trigger group
- The weapon was loaded and its safety mechanisms were left vulnerable and it did not fire.
- The operation of its internal and external mechanisms was inspected and no defects were found.
- Firing tests were performed and no defects were found.
- It was dropped from a height of approximately (5') feet and its firing mechanism was not engaged.

## FINDINGS

- No evidence was found of any defects in the service weapon.
- It was found that the service weapon needs maintenance.

## RESULTS OF ANALYSIS

After the inspection and tests were performed on the weapon in question, **no** evidence **was found** of any defects that would cause its malfunction and the weapon is in good condition.

For the corresponding investigation procedures. |

Attachment  [hw: 11]
[illegible] [hw: 2-2]

I hereby certify that this is a true and accurate translation to the best of my abilities.

Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051