# Exhibit 24

[CERTIFIED TRANSLATION]

| [round logo: GOVERNMENT OF PUERTO RICO] | GOVERNMENT OF PUERTO RICO<br>Department of Public Safety<br>Puerto Rico Police Bureau | ALEXIS TORRES RÍOS<br>SECRETARY<br><br>ANTONIO LÓPEZ FIGUEROA<br>COMMISSIONER |

## Office of the Assistant Superintendent for Professional Responsibility
## Force Investigation Unit

SARP-NIA-DIIUF-AH-2-039
May 11, 2021

Captain Mabel Olivera Colón 5-14762
Force Investigation Unit (FIU)

[illegible signature and number]
Sergeant Danny D. González Alvarado 8-32244
Supervisor
Force Investigation Unit (FIU)

[illegible signature] [hw: 35203]
Officer Geovan Ortiz De Jesús 35203
Humacao Area Investigator
Force Investigation Unit (FIU)

**ADMINISTRATIVE FIELD INVESTIGATION
NEGLIGENT CRITICAL DISCHARGE INCIDENT
OFFICER ELVIS R. GREEN BERRIOS 33640
POLICE REPORT 2021-13-010-00060**

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

### I.   INTRODUCTION:

The investigation began by means of [form] PPR-113.1, Use of Force Incident Notice, in relation to an incident on January 6, 2021, which occurred at Helechal Ward, Highway 143, kilometer 58.2 in Barranquitas. Officer Elvis R. Green Berrios 33640 (hereinafter, Officer Green) was at home at the abovementioned location and shot himself in the right thigh (with entry and exit wounds) with his service weapon, a 9 mm caliber Sig Sauer gun, model P-320, serial number 58H014298. **Attachment 1**.

### II.   FINDINGS OF FACT:

1. On January 6, 2021, Officer Armando González Rivera 30140 from the Aibonito Command Center reported an incident of negligent discharge in the Municipality of Barranquitas in which

P.O. BOX 70166 • SAN JUAN, PR 00936-8166    787.793.1234
WWW.DSP.PR.GOV

[round logo: PUERTO RICO DEPARTMENT OF PUBLIC SAFETY]   [logo: PUERTO RICO POLICE BUREAU PROTECTION INTEGRITY]

I hereby certify that this is a true and accurate translation to the best of my abilities.
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

SARP-NIA-DIIUF-AH-2-039<br>
May 11, 2021<br>
Page 2

Officer Elvis R. Green Berrios 33640 shot himself with his service weapon.

2. Later on, I went to the Aibonito area and the corresponding investigation was conducted.

3. I went to the Aibonito Mennonite Hospital, where I tried to interview Officer Green, but I was unable to do so because he was medicated.

4. After his hospitalization, I was able to interview Officer Green on March 4, 2021, and he informed me that, after taking a bath and putting on shorts, he placed his service weapon with an inside[-the-waistband] holster in his pocket for safety, because it is a dark area and several years ago his house had been broken into.

5. Officer Green closed the main gate of his residence and, when he came back, he was taking his service weapon along with its holster out of the right-side pocket of his pants when he heard the shot. Officer Green fell on the ground and his service weapon also fell on the ground out of the holster.

6. Approximately 5 minutes later, he dragged himself to a spot close to the area of the porch, where he called his father. After several minutes, when he saw his father come outside, he fainted, and he does not remember anything else.

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

### III. CONCLUSION:

1. It is determined that the actions of **Officer Elvis R. Green Berrios 33640 were not justified**, since he did not act in keeping with the policies of the Puerto Rico Police Bureau in the course of the incident, in accordance with the following guideline:

- **Chapter 200, Section 204, Rules and Procedures to Prevent Work Accidents. III. Safety Rules That Must Be Observed to Prevent Work Accidents. (A) General Rules. (2) All employees shall follow all occupational safety rules adopted at the agency and established in applicable state and federal legislation. (D) Safety Rules in the Use and Management of Firearms. Law enforcement officers must abide by the following safety rules, whether on duty or off duty: 1) There are four (4) basic factors that must be taken into consideration to prevent an accident: (a) Loaded weapon- You must always assume that the weapon is loaded. Do an eye, physical, and manual inspection of the weapon. (b) Trigger finger- No weapon will fire on its own. Always keep your**

I hereby certify that this is a true and accurate translation to the best of my abilities.

Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

[CERTIFIED TRANSLATION]

SARP-NIA-DIIUF-AH-2-039
May 11, 2021
Page 3

**index finger off the trigger. (c) Pressure on the trigger- There is no internal force in the firearm. It will fire if your finger exerts six to twelve pounds of pressure on the trigger. (d) Aiming- Keep the weapon in its holster unless needed to enforce law and order following the rules established at the agency.**

Officer Green did not comply with the policy since, when he pulled his service out of its holster, he negligently put his finger on the trigger, which caused his service weapon to fire, wounding him in the right leg, in the area of the thigh. The weapon was inspected by Officer José L. Sánchez Díaz 7370, P.R. Police Bureau armorer, and he reported by means of document SAIC-NILIAF-DDARC-10-11 that no evidence was found of any defect that would cause the weapon to malfunction and it is in good condition. **Attachment 11**.

I am sending this file so that it may be referred to the Commissioner's Force Review Board (CFRB).

IV. **ATTACHMENTS:**

Attachment 1- PPR-113.1 "Preliminary Use of Force Incident Notice"

Attachment 2- PPR-113.2 "Investigation Report"

[round ink stamp: PUERTO RICO POLICE OFFICIAL STAMP]

Attachment 3- "Diagram"

Attachment 4- PPR-113.5 "Request for Documents for Field Investigation"

Attachment 5- PPR-621.2 "Incident Report"

Attachment 6- PPR-126.2 "Police Report Form"

Attachment 7- "Request for Photos in CD with case number 2021-13-103, 2021-13-104"

Attachment 8- "Training Certificate," Officer Green

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051

**[CERTIFIED TRANSLATION]**

SARP-NIA-DIIUF-AH-2-039<br>
May 11, 2021<br>
Page 4

Attachment 9- PPR 618.2 "Service Weapons, Magazines, and Ammunition Receipt," Officer Green

Attachment 10- "Request to Inspect Operation of Service Weapon," SARP-NIA-DIIUF-AH-2-023

Attachment 11- "Inspection conducted by Officer José L. Sánchez Díaz 7370, P.R. Police Bureau Armorer," SAIC-NILIAF-DDARC-10-11

Attachment 12- "Memo prepared by Sergeant Rene González Santiago 8-16506"

Attachment 13- Extension of time

Attachment 14- "Progress Sheet"


[round ink stamp:
PUERTO RICO POLICE
OFFICIAL STAMP]

I hereby certify that this is a true and accurate translation to the best of my abilities.

*Miriam García*
Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051