IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | Civil Action No.<br>3:22-CV-01002(JAG)(HRV) |

### INFORMATIVE MOTION REGARDING THE FILING OF AMENDED JOINT PROPOSED PRETRIAL ORDER

**TO THE HONORABLE COURT:**

**NOW COMES**, defendant, SIG SAUER, INC. ("Sig Sauer" or "Defendant") by its undersigned attorneys, and very respectfully STATES and PRAYS as follows:

1. The Settlement **and** Pretrial Conference in this action is scheduled for February 19, 2025. (**Dkt. No. 120.**) This Honorable Court issued this Order after the parties had filed a Joint Proposed Pretrial Order on July 12, 2024. (**Dkt. No. 114.**)

2. Pursuant to L. Civ. R. 16(c) and the Standing Order 2013-07-03 issued by his Honorable Judge, the parties shall meet at least fourteen (14) days prior to the Pretrial conference and file a Joint Proposed Pretrial Order seven (7) days before the conference, which is by February 12, 2025.

3. Pursuant to the Local Rule and the Standing Order of this Honorable Court, on January 29, 2025, Defendant invited Plaintiff to meet to discuss amendments to the Joint Proposed Pretrial Order.

4. Since the Settlement Conference meeting between the parties had to be held after Defendant sent its Response Offer to Plaintiff's Settlement Demand, due to be sent and sent on February 3, 2025, Defendant offered <u>February 6, 2025</u>, as the date to also discuss the Amendment to the Joint Proposed Pretrial Order.

5. On February 6, 2025, the parties met, and the Plaintiff took the position that he was not going to amend his portion of the Proposed Pretrial Order at this time, at least until this Honorable Court rules on the pending Motions *in limine*. However, Defendant submitted in view of the Order setting the Pretrial Conference, the parties had the duty to timely file any amendments to the Joint Proposed Pretrial Order by February 12, 2025. Therefore, to be compliant Defendant informed Plaintiff that it was going to file the Amended Joint Proposed Pretrial Order amending only its portion of the same.

6. Defendant's counsel had the courtesy of informing counsel for Plaintiff if they would like to receive the amendments by Defendants prior to filing them with this Honorable Court. Counsel for Plaintiff rejected the offer to review the amendment.

7. Therefore, pursuant to L. Civ. R. 16(c) and this Honorable Court's Standing Order, Defendant has timely filed today an Amended Joint Proposed Pretrial Order, (**Dkt. No. 142**) amending only its portion, and where Plaintiff's portion of Joint Proposed Pretrial Order remains intact as it was filed on July 12, 2024.

8. Therefore, Defendant has complied with the Local Rule and the Standing Order by timely filing today the Amended Joint Proposed Pretrial Order in anticipation of the Pretrial Conference scheduled for February 19, 2025.

**WHEREFORE**, Sig Sauer, Inc. respectfully requests this Honorable Court to take notice of the filing of the Amended Joint Pretrial Report, that only includes Sig Sauer's amendments to the previously filed Joint Proposed Pretrial Order.

**RESPECTFULLY SUBMITTED**, In San Juan, Puerto Rico, on February 12, 2025.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification to all counsel of record, all CM/ECF participants in the case.

| | |
|---|---|
| **Littleton, Joyce Ughetta & Kelly, LLP**<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577<br>Tel. 914.417.3400<br>Fax. 914.417.3401<br><br>*s/ Brian Keith Gibson*<br>keith.gibson@littletonjoyce.com | **Coto & Associates**<br>Counsel for SIG SAUER, INC.<br>Suite 800<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917<br>Po Box 71449<br>San Juan, PR 00936-8549<br>Phone: 787-756-9640<br>Fax: 787-756-9641 |

**Littleton, Joyce Ughetta & Kelly, LLP**
201 King of Prussia Road, Suite 220
Radnor, PA 19087
Tel. 484-254-6220
Fax. 484-254-6221

*s/Kristen E. Dennison*
kristen.dennison@littletonjoyce.com

**Marichal Hernández LLC**
1510 Ave FD Roosevelt, Suite 9B1
Guaynabo, PR 00968-2620
PO Box 190095
San Juan, PR 00919-0095
Tel 787.753.1565
Fax 787.763.1704

*s/Miguel A. Rangel Rosas*
USDC Bar No.: 218601
mrangel@mhlex.com

*s/ Ramón Coto-Ojeda*
Ramon Coto-Ojeda, Esq.
USDC-PR No. 202006
rco@crlawpr.com