IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Civil Action No.<br><br>3:22-CV-01002 (JAG) (HRV) |

### SIG SAUER, INC.'S MOTION REQUESTING CONFERENCE BEFORE THE COURT

**TO THE HONORABLE COURT:**

**NOW COMES**, Defendant, Sig Sauer, Inc. ("Sig Sauer"), by its undersigned attorneys, and very respectfully states and prays:

1. During the February 19, 2025, conference, this Honorable Court granted the parties until March 4, 2025, to file an Informative Motion.

2. In view of the developments of today, Sig Sauer respectfully requests that this Honorable Court schedule a conference as soon as practicable in the Court's calendar to be able to bring before the Court the events that have transpired since the conference.

WHEREFORE, Sig Sauer, Inc. respectfully requests that this Honorable Court schedules a conference as soon as practicable to discuss the post-conference developments.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on February 27, 2025.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, all CM/ECF participants in the case.

<div style="display: flex;">

**Littleton, Joyce Ughetta & Kelly, LLP**
4 Manhattanville Road, Suite 202
Purchase, NY 10577
Tel. 914.417.3400
Fax. 914.417.3401

*s/ Brian Keith Gibson*
keith.gibson@littletonjoyce.com

**Littleton, Joyce Ughetta & Kelly, LLP**
201 King of Prussia Road, Suite 220
Radnor, PA 19087
Tel. 484-254-6220
Fax. 484-254-6221

*s/Kristen E. Dennison*
kristen.dennison@littletonjoyce.com

**Marichal Hernández LLC**
1510 Ave FD Roosevelt, Suite 9B1
Guaynabo, PR 00968-2620
PO Box 190095
San Juan, PR 00919-0095
Tel 787.753.1565
Fax 787.763.1704

*s/Miguel A. Rangel Rosas*
USDC Bar No.: 218601
mrangel@mhlex.com

**Coto & Associates**
Counsel for SIG SAUER, INC.
Suite 800
255 Ponce de Leon Ave.
San Juan, PR 00917
Po Box 71449
San Juan, PR 00936-8549
Phone: 787-756-9640
Fax: 787-756-9641

*s/ Ramón Coto-Ojeda*
Ramon Coto-Ojeda, Esq.
USDC-PR No. 202006
rco@crlawpr.com

</div>