IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS,<br><br>Plaintiff,<br><br>v.<br><br>SIG SAUER, INC.,<br><br>Defendant. | Civil Action No.<br><br>3:22-CV-01002 (JAG) (HRV) |

### SIG SAUER, INC.'S MOTION TO RESTRICT FILING AT DOCKET NO. 159

**TO THE HONORABLE COURT:**

**NOW COMES**, Defendant, Sig Sauer, Inc. ("Sig Sauer"), by its undersigned attorneys, and pursuant to this Honorable Court's Standing Order No. 9, very respectfully states and prays:

1. On February 27, 2025, Sig Sauer filed its Response to Plaintiffs' document filed at **Docket No. 158**. The response was filed on restricted mode (for "selected parties" only.) (**Dkt. No. 159**.)

2. The Plaintiff's document at **Dkt. No. 158** was also filed in restrictive mode for "selected parties" only.

3. Sig Sauer filed its motion in a restricted mode with the view that the document relates to the Minutes of the Conference held before the Court on February 19, 2025, (**Dkt. No. 156**), which, as it appears on the docket of this case, was entered into the docket by this Honorable Court in restricted mode for "selected parties" only.

4. Sig Sauer's Response should be restricted also because of the contents of the Response and the relief sought by Sig Sauer depends on the Court scheduling a conference to discuss the controversies that have arisen between the parties since the conference held on

Page. 1

February 19, 2025, and the filing of Plaintiff's motion yesterday at **Dkt. No. 158**.

5.     Therefore, Sig Sauer respectfully moves to restrict its filing of its document at **Docket Entry No. 159 for "selected parties" only as filed**.

**WHEREFORE**, Sig Sauer, Inc. respectfully requests that this Honorable Court grant this motion, and it allows the filing of Sig Sauer motion at Docket No. 159, in restricted mode for selected parties" only.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on March 5, 2025.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, all CM/ECF participants in the case.

| | |
|---|---|
| **Littleton, Joyce Ughetta & Kelly, LLP**<br>4 Manhattanville Road, Suite 202<br>Purchase, NY 10577<br>Tel. 914.417.3400<br>Fax. 914.417.3401<br><br>*s/ Brian Keith Gibson*<br>keith.gibson@littletonjoyce.com<br><br>**Littleton, Joyce Ughetta & Kelly, LLP**<br>201 King of Prussia Road, Suite 220<br>Radnor, PA 19087<br>Tel. 484-254-6220<br>Fax. 484-254-6221<br><br>*s/Kristen E. Dennison*<br>kristen.dennison@littletonjoyce.com | **Coto & Associates**<br>Counsel for SIG SAUER, INC.<br>Suite 800<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917<br>Po Box 71449<br>San Juan, PR 00936-8549<br>Phone: 787-756-9640<br>Fax: 787-756-9641<br><br>*s/ Ramón Coto-Ojeda*<br>Ramon Coto-Ojeda, Esq.<br>USDC-PR No. 202006<br>rco@crlawpr.com |

**Marichal Hernández LLC**
1510 Ave FD Roosevelt, Suite 9B1
Guaynabo, PR 00968-2620
PO Box 190095
San Juan, PR 00919-0095
Tel 787.753.1565
Fax 787.763.1704

*s/Miguel A. Rangel Rosas*
USDC Bar No.: 218601
mrangel@mhlex.com