UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS<br><br>Plaintiff.,<br><br>vs.<br><br>SIG SAUER, INC.,<br><br>Defendant. | CIVIL NO. 3:22-CV-01002- JAG<br><br>CIVIL JURY DEMANDED |

**MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE**

**TO THE HONORABLE COURT**:

COMES NOW plaintiff, ELVIS RAMON GREEN BERRIOS, through the undersigned counsel, and pursuant to Fed. R. Civ. P. 41(2), very respectfully states and prays and follows:

1. Plaintiff after consideration of the evidence in this case, has decided to voluntarily dismiss this action, and all of his claims against Sig Sauer, Inc, **with prejudice**, subject to the approval of this Honorable Court and on terms that this Honorable Court considers proper.

2. In reaching this decision, Plaintiff **acknowledges that his Sig Sauer P320 pistol, subject of the claims in this action, has no defects**.

3. Additionally, Plaintiff **acknowledges that the Sig Sauer P320 pistol does not discharge without a trigger pull**.

4. In view of Plaintiff's voluntary decision to voluntary dismiss this action, with prejudice, and his acknowledgment that his Sig Sauer P320 pistol has no defects, and

1

that the Sig Sauer P320 pistol does not discharge without a trigger pull, Plaintiff requests that the dismissal requested in this motion be granted by this Honorable Court without the imposition of costs and attorney's fees, with each party bearing their own costs and attorney fees.

5. Additionally, Plaintiff requests that the Judgment dismissing this action, with prejudice, to be entered by this Honorable Court, should this Motion be granted, as he requests, be final and unappealable upon the entry of the Judgment on the docket.

**WHEREFORE**, Plaintiff respectfully requests that this Motion for Voluntary Dismissal, with prejudice, be granted by this Honorable Court, and that judgment dismissing the action with prejudice be entered accordingly.

Very respectfully submitted in San Juan, Puerto Rico, on March 7, 2025.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Defendants Counsel of Record.

Attorneys for Plaintiff:

/S/ José Vladimir Díaz-Tejera
José Vladimir Díaz-Tejera
USDC-PR 208604
PO Box 483, Trujillo Alto, P.R. 00976
Tel 787-755-3440
Fax. 787- 755-0670
Email: diaz_tejera_lawfirm@yahoo.com

/S/ Jorge Cancio-Valdivia
Jorge Cancio-Valdivia
USDC-PR 302401
P.O. Box 367753, San Juan, P.R. 00936
Tel. (787)549-9685
Fax. (787)751-5381
E-mail: canciolaw@gmail.com

/S/ Ricardo Izurieta-Ortega
Ricardo Izurieta-Ortega
USDC Bar No.: 124205
Urb. Crown Hills Ave. Winston Churchill
PMB 914 San Juan, P.R. 00926
Izurieta.ricardo@gmail.com

/S/ Richard O. Dansoh, Esq. 13727 SW 152 St. Ste. 726, Miami, Florida, 33177.
Tel. 305.573.4444. E-mail: dansohlawfirm@gmail.com