## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS<br>Plaintiff<br>vs.<br>SIG SAUER, INC<br>Defendant | CIVIL NO. 3:22-CV-01002-JAG<br><br>CIVIL JURY DEMANDED |

### MOTION TO WITHDRAW MOTION FILED AT DKT 158

TO THE HONORABLE COURT:

**COMES NOW**, the Plaintiff to this action, through its undersigned attorney and respectfully states, and prays as follows:

1. On 03/04/2025, Plaintiff filed a Motion for Voluntary Dismissal (DKT. 158) pursuant to Fed. Rule Civ.P 41.

2. Due to an inadvertent mistake, Plaintiff hereby requests the Withdrawal of the Motion for Voluntary Dismissal at DKT 158, to be stricken or eliminated from the record, so that it can be replaced with the corrected subsequent motion filed at DKT 162.

**WHEREFORE**, Plaintiff respectfully requests that the Court grants this Motion, and Plaintiff's Motion at DKT 158 be withdrawn/eliminated from the docket and replaced with the filing at DKT. 162.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of March of 2025.

Attorneys for Plaintiff:
/S/  José Vladimir Díaz-Tejera                    /S/  Jorge Cancio-Valdivia

José Vladimir Díaz-Tejera                          Jorge Cancio-Valdivia
USDC-PR 208604                                     USDC-PR  302401

PO Box 483, Trujillo Alto, P.R. 00976
Tel 787-755-3440
Fax. 787- 755-0670
Email: diaz_tejera_lawfirm@yahoo.com

S/ RICARDO IZURIETA-ORTEGA
USDC Bar No.: 124205
Urb. Crown Hills Ave. Winston Churchill
PMB 914 San Juan, P.R. 00926
Tel. 787-531-9419
Izurieta.ricardo@gmail.com

P.O. Box 367753, San Juan, P.R. 00936
Tel. (787)549-9685
Fax. (787)751-5381
E-mail: canciolaw@gmail.com

S/ Richard O. Dansoh, Esq. 13727 SW 152 St. Ste. 726, Miami, Florida, 33177.
Tel. 305.573.4444. E-mail: dansohlawfirm@gmail.com