IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELVIS RAMON GREEN BERRIOS, <br><br> Plaintiff, <br><br> v. <br><br> SIG SAUER, INC., <br><br> Defendant. | Civil Action No. <br><br> 3:22-CV-01002 (JAG) (HRV) |

## SIG SAUER, INC.'S MOTION OF NO OBJECTION TO PLAINTIFF'S MOTION FOR VOLUNTARY DIMISSAL, WITH PREJUDICE

**TO THE HONORABLE COURT:**

**NOW COMES**, Defendant, Sig Sauer, Inc. ("Sig Sauer"), by its undersigned attorneys, and pursuant to this Honorable Court's Standing Order No. 9, very respectfully states and prays:

1. On March 8, 2025, Plaintiff filed a Motion for Voluntary Dismissal, With Prejudice, of this action. (**Dkt. No. 162**.)

2. Because Plaintiff, after examining the evidence, acknowledged that his P320 pistol has no defects and that the P320 Pistol does not discharge without a trigger pull, Sig Sauer informs this Honorable Court that it has no objection to the relief requested by Plaintiff in his Motion.

3. These acknowledgments confirm Sig Sauer's position throughout the litigation standing behind the quality, safety, and design of all its products and that the P320 in question had no defects and that the P320 cannot discharge without a trigger pull.

4. Sig Sauer agrees with the terms advanced by Plaintiff for this Honorable Court to enter Judgment dismissing the action, with prejudice.

**WHEREFORE**, Sig Sauer, Inc. respectfully requests that this Honorable Court grant

Plaintiff's Motion, and that it enters judgment dismissing this action, with prejudice, as requested by Plaintiff.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on March 10, 2025.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, all CM/ECF participants in the case.

<div style="columns:2">

**Littleton, Joyce Ughetta & Kelly, LLP**
4 Manhattanville Road, Suite 202
Purchase, NY 10577
Tel. 914.417.3400
Fax. 914.417.3401

*s/ Brian Keith Gibson*
keith.gibson@littletonjoyce.com

**Littleton, Joyce Ughetta & Kelly, LLP**
201 King of Prussia Road, Suite 220
Radnor, PA 19087
Tel. 484-254-6220
Fax. 484-254-6221

*s/Kristen E. Dennison*
kristen.dennison@littletonjoyce.com

**Marichal Hernández LLC**
1510 Ave FD Roosevelt, Suite 9B1
Guaynabo, PR 00968-2620
PO Box 190095
San Juan, PR 00919-0095
Tel 787.753.1565
Fax 787.763.1704

*s/Miguel A. Rangel Rosas*
USDC Bar No.: 218601
mrangel@mhlex.com

**Coto & Associates**
Counsel for SIG SAUER, INC.
Suite 800
255 Ponce de Leon Ave.
San Juan, PR 00917
Po Box 71449
San Juan, PR 00936-8549
Phone: 787-756-9640
Fax: 787-756-9641

*s/ Ramón Coto-Ojeda*
Ramon Coto-Ojeda, Esq.
USDC-PR No. 202006
rco@crlawpr.com

</div>