IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELVIS RAMON GREEN-BERRIOS,

**Plaintiff,**

v.

SIG SAUER INC.,

**Defendant.**

CIVIL NO. 22-1002(JAG)

## JUDGMENT

Pursuant to Plaintiff's Motion for Voluntary Dismissal, Docket No. 162, and this Court's Order, Docket No. 168, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. This Judgment is final and unappealable. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, March 11, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE